IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| v. | * | Case No.: RWT 10cr0694 |
| **LAUREN STEVENS,** | * | |
| Defendant. | * | |

## ORDER

For the reasons stated on the record at the hearing held before the undersigned on March 17, 2011, and in the accompanying Memorandum Opinion, it is, this 23rd day of March, 2011, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the United States' Motion to Preclude Advice of Counsel Defense to 18 U.S.C. § 1519 and for Hearing Regarding Applicability of the Defense to Other Charges (ECF No. 19) is **DENIED**; and it is further

**ORDERED**, that Defendant's Motion to Dismiss Count Two of the Indictment for Unconstitutional Multiplicity (ECF No. 20) is **DENIED**; and it is further

**ORDERED**, that Defendant's Motion to Preserve Her Right to File a Motion for Discovery (ECF No. 21) is **GRANTED**; and it is further

**ORDERED**, that Defendant's Motion to Dismiss Count Two of the Indictment for Failure to State an Offense, or, in the Alternative, to Strike Those Portions that Fall Outside the Scope of 18 U.S.C. § 1519 or are Unsupported by Factual Allegations (ECF No. 22) is **DENIED**; and it is further

**ORDERED**, that Defendant's Motion for a Bill of Particulars (ECF No. 23) is **DENIED**; and it is further

**ORDERED**, that the United States' Motion in Limine Regarding Opinion Testimony (ECF No. 36) is **DENIED WITHOUT PREJUDICE** to the United States' right to make specific objections at trial; and it is further

**ORDERED**, that the Defendant's Motion to Dismiss Count Two of the Indictment for Unconstitutional Vagueness (ECF No. 39) is **DENIED**; and it is further

**ORDERED**, that the Indictment is **DISMISSED WITHOUT PREJUDICE** to the right of the United States to seek another indictment from a different grand jury that is properly advised in accordance with the accompanying Memorandum Opinion.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE