IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * Case No.: RWT 10cr0694 |
| LAUREN STEVENS | * |
| Defendant. | * |

## ORDER

The Court having conducted a hearing on March 25, 2011, it is, for the reasons stated on the record, this 25th day of March, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, the trial presently scheduled to begin on April 5, 2011 is hereby **CONTINUED** until **April 26, 2011** for four weeks ending **May 20, 2011**; and it is further

**ORDERED**, that the Court will hold a telephone status conference on April 15, 2011 at 9:00 a.m. to be initiated by counsel for the Government; and it is further

**ORDERED**, that Government's Motion in Limine and Notice of Potential Evidentiary Issues [No. 76] is **DENIED WITHOUT PREJUDICE** to the Government's right to make specific objections at trial; and it is further

**ORDERED**, the attached previously sealed filings are hereby **MADE PUBLIC**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE