

**U.S. Department of Justice**

Office of Consumer Litigation

---

| | | |
|---|---|---|
| Patrick Jasperse | <u>Mailing Address</u> | <u>Overnight Delivery</u> |
| Telephone: (202) 616-0509 | P.O. Box 386 | 450 5th St., N.W., Suite 6400 |
| Email: patrick.jasperse@usdoj.gov | Washington, D.C. 20044 | Washington, D.C. 20001 |

April 22, 2011

<u>Via Messenger</u>

Reid H. Weingarten
William T. Hassler
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington DC 20036

     Re:    *United States v. Lauren Stevens*, RWT-10-0694 (D. Md.)

Dear Counsel:

     Please find enclosed a CD labeled Govt CD 4/22/11. The CD contains the following demonstrative exhibits ("chalks") that the government might use during the trial:

1)    Highlighting Jack Hetzel did this week to defendant's notes
2)    Notes Jack Hetzel created while highlighting defendant's notes
3)    Highlighting Julie Lemieux began doing this week to speaker database spreadsheet not organized alphabetically, but did not complete
4)    Highlighting Julie Lemieux did to non-PRIDE database spreadsheet organized alphabetically 2001-2002
5)    Highlighting Julie Lemieux did to PRIDE database spreadsheet 2001
6)    Highlighting Julie Lemieux did to PRIDE database spreadsheet 2002
7)    Highlighting Julie Lemieux did to list of materials in GSK's possession during time period of FDA inquiry
8)    Timeline
9)    Summary chart of defendant's earnings
10)    Index of defendant's letters to FDA

     My understanding is that you and Sara Bloom are discussing a time for each party to review additional chalks that might be used.

     The CD also contains an April 20, 2011 email message from potential government witness Lissa Broome and handwritten notes HHS-OIG Special Agent Steven Sawyer took during the government's meeting with Tim Thelen on April 21, 2011.

By producing these materials, we are not representing that all of these materials are material to the preparation of the defendant's defense or are intended for use by the government as evidence in chief at the trial of this case, or were obtained from or belong to the defendant.

Sincerely,

Patrick Jasperse
Trial Attorney

Enclosure (as specified)

cc:  Sara Bloom, Assistant U.S. Attorney