Rev. 4/30/03

4-19-11

| DOCUMENT | BATES NUMBER | PRODUCE TO FDA | K&S |
|---|---|---|---|
| **DR. JAMES W. ANDERSON:** | | | |
| GSK press release (2/25/02): "Study Shows Weight Loss with an Antidepressant Medication" | WN0002330-WN0002335 | Yes | Yes |
| Payment history (incomplete) | | Some | 11-27-02 |
| Speaker Event materials provided as by Dr. Anderson: 9/18/01 – Lexington, Ky. | | Yes | 11-27-02 |
| Abstract: *Bupropion SR Significantly Enhances Weight Loss When Used with a Moderate-Intensity Lifestyle Intervention* (6 mo data) | | Yes ☺ | Yes |
| Dr. Anderson's Presentation Materials: -2001 ADA: abstract - 6 month data; -2002 Nutrition Week: abstract - 12 month data; -Roundtable "The Siamese Twins: Diabetes Mellitus and Obesity"; | | Yes ☺ | Yes |
| LOA with GSK and Oxford University for publications | | | 3-27-03 |
| Follow-up with rep regarding Dinner Program (Jack Hetzel's file) | | | |
| **DR. JAMES PRADKO:** | | | 11-27-02 |
| GSK sales rep Marlene May notes from 11/15/02 presentation | | No | 11-27-02 |
| Handout material for 11-15-02 speaking event as provided by Dr. Pradko | | No | 11-27-02 |
| Notes for discussion with Dr. Pradko re: content of presentations (S.Shade to J. Millar, 10/04/02) | | No | 11-27-02 |
| Slide Presentation as provided by Dr. Pradko on 11-24-02 | | | 11-27-02 |
| 12-10-02 Letter to Pradko from J. Millar | | No | 12-18-02 |
| Payments to Pradko for 1-02 to 12-12-02 | | No | 12-18-02 |
| Internal e-mails from Stan Hull and Lisa Gonzales | | No | 1-09-02 |
| Letter from L. Stevens dated 2-7-03 | | No | 2-13-03 |
| Letter and Cassette Tape Lecture from Dr. Pradko | | | 3-10-03 |
| GSK Prescriber Detail | | | |
| **DR. DONNA RYAN:** | | | |
| CME Presentation from APA meeting (May 2002) | | Yes ☺ | Yes |
| GSK faxed letter to Dr. Ryan (11/21/02) | | No | 11-27-02 |
| Documents from Dr Ryan re: APA Presentation | | | 11-27-02 |
| Synergy Communications File re: APA Symposium (provided by Nancy Gladfelter @ Synergy) | | | 12-12-02 |

WBSR FDA INQUIRY MACMIS# 11170 DOCUMENT LIST
PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

Confidential: Produced pursuant to 6/05/09 subpoena

GSKCO-0252-101232

Rev. 4/30/03

| | | | |
|---|---|---|---|
| Professional Programs File for APA Symposium | | | 12-12-02 |
| Studies @ Pennington funded by GSK (provided by Dr. Ryan) | | No | 12-12-02 |
| CD-ROM from Nancy Gladfetler of Synergy | | | 12-12-02 |
| Audio Tape and Transcript of APA Presentation Provided by N. Gladfelter | | Yes ☺ | 1-13-03 |
| Anita Clayton File re: APA As provided by A. Clayton | | | 1-13-03 |
| TC summary with Frank Berry re: APA | | | 2-4-03 |
| Evaluation summary of APA | | Yes ☺ | Yes |

Rev. 4/30/03

| DOCUMENT | BATES NUMBER | PRODUCE TO FDA | K & S |
|---|---|---|---|
| **DR. OWEN WOLKOWITZ:** | | | |
| Signed contract from Jan '01 PRIDE STP | | Yes | 11-27-02 |
| Signed contract/SB Profile form 11-01 | | Yes | 11-27-02 |
| Slides from GSK speaking event (provided by DSM Cindy Hudgins) – dated 5/30/92 | | Probable | 11-27-02 |
| 2001 P.R.I.D.E. speaking events | WN0000011-WN0000014 | Yes | Yes |
| 2002 P.R.I.D.E. speaking events | WN0000015-WN0000018 | Yes | Yes |
| Correspondence re: expenses Jan/01 STP | | Yes | 12-12-02 |
| Slide Set provided by Dr. Wilkowitz on 12-02 | | Probable | 12-18-02 |
| Proof of 7-17-02 event as provided by Sales Rep | | No | 4-03 |
| Print of MI letters sent to Wolkowitz in reply to unsolicited request | | | 4-28-03 |
| GSK Special Issues Advisory Board | | | 3-27-03 |
| Evulations for MWC independent events | | | 3-27-03 |
| **GSK (former) SALES REP GREG THORP:** | | | |
| Compliance file | WN0002337-WN0002684 | No | Yes |
| General Release Agreement | | No | 11-27-02 |
| **PROFESSIONAL PROGRAMS:** | | | |
| Speaker names & addresses 01/01-10/9/02 (excl. PRIDE) | | Yes | 11-27-02 |
| Detailed report (3 data bases) re: speaker events from 1-01-01 to 10-9-02 (excluding PRIDE) | | yes | 12-17-02 (via e-mail) |
| Back-up documentation for speakers that were trained and spoke – Julie Lemeiux's file | | No | |
| SE Database Rev 5 | | | 3-27-03 |

Confidential: Produced pursuant to 6/05/09 subpoena            GSKCO-0252-101234

Rev. 4/30/03

| DOCUMENT | BATES NUMBER | PRODUCE TO FDA | K & S |
|---|---|---|---|
| **JANUARY 26-28 2001 STP (Jamaica WI)** | | | |
| Attendee binder w/template contracts and correspondence (App A of 11/14/02 FDA letter) | WN0004907-WN0005080 | Yes ☺ | Yes |
| 2001 STP Objectives | | No | 11-27-02 |
| 2001 STP core messages | | No | 11-27-02 |
| Invitation letter template for National Speakers by Lafmin Morgan | | Yes ☺ | 11-27-02 |
| Attendee contracts (originals) | | Possible | |
| Dr. George Brown agreement w/ rev. | | Probable | 11-27-02 |
| Attendee welcome package | | Yes ☺ | 11-27-02 |
| National Speakers Working Dinner Invite 1/26/01 | | Yes ☺ | 11-27-02 |
| On-site dinner invitation 1/27/01 | | Yes ☺ | 11-27-02 |
| Attendee departure information | | Yes ☺ | 11-27-02 |
| Poster book (w/abstracts) | | Yes ☺ | 11-27-02 |
| Speaking/Facilitator Preferences | | Yes ☺ | 11-27-02 |
| Commonly Asked Questions about PRIDE programs (internal use only) | | No | 11-27-02 |
| Sandler & Recht Purchase Request w/ Work Assignment MKT12143-03 11/27/2000 | | No | 11-27-02 |
| Sandler & Recht revised budget 1/15/01 | | No | 11-27-02 |
| SCS proposal | | No | 11-27-02 |
| SCS reconciliation report for 2001 PRIDE programs 10/26/01 | | No | 11-27-02 |
| Program evaluations<br>- General Session<br>- "Medically Speaking"<br>- Beginner Power Point | | Possibly | 11-27-02 |
| Miscellaneous documents (vendor proposals, etc.) | | No | 11-27-02 |
| Attendee List for 1-01 Speaker Training Meeting | | | 12-12-02 |

Rev. 4/30/03

| DOCUMENT | BATES NUMBER | PRODUCE TO FDA | K & S |
|---|---|---|---|
| **DECEMBER 6-7 2001 STP (FLORIDA):** | | | |
| Attendee binder w/template contracts and correspondence (App B of 11/14/02 FDA letter) | WN0005081-WN0005175 | Yes ☺ | Yes |
| Attendee list | | Yes ☺ | Yes |
| Meeting invitation template 10/15/01 | | Yes ☺ | 11-27-02 |
| Meeting confirmation template 11/26/01 | | Yes ☺ | 11-27-02 |
| Meeting welcome letter 12/6/01 | | Yes ☺ | 11-27-02 |
| Speaker Bureau Profile Form | | Yes ☺ | 11-27-02 |
| Updated GSK SE Member Profile Form | | Yes ☺ | 11-27-02 |
| | | | |
| **2001 PRIDE PROGRAMS – GENERAL:** | | | |
| PRIDE 2001 Event Report from SCS | | | 1-13-03 |
| PRIDE 2001 "How to Binder" | | | 2-13-03 |

Confidential: Produced pursuant to 6/05/09 subpoena   GSKCO-0252-101236

Rev. 4/30/03

| DOCUMENT | BATES NUMBER | PRODUCE TO FDA | K & S |
|---|---|---|---|
| **2002 PRIDE PROGRAMS – GENERAL:** | | | |
| Draft PRIDE binder w/ legal comments | | No | 11-27-02 |
| P.R.I.DE. 2002 Thoughtleader Program for WellbutrinSR (sales rep binder) | | No | 11-27-02 |
| 2002 PRIDE Plan w/ ROI Analysis | | No | 11-27-02 |
| PRIDE speaker agreements | | Possibly | 11-27-02 |
| Teleconference invitations (3)<br>- "Sexual Dysfunction and the Treatment of Depression" (Jan-Feb 2002)<br>- "Choosing an Antidepressant for the Long Haul" (April 2002)<br>- "Managing Depression and Treatment Obstacles" (April 2002) | | Yes | 11-27-02 |
| Speaker list by speaker w/ date, compensation & venue | | Yes | 11-27-02 |
| MedSite Rewards redemption certificate | | Yes | 11-27-02 |
| MedSite Rewards redemption catalogue | | Yes | 11-27-02 |
| SCS summary report w/ speaker #'s | | Possibly | 11-27-02 |
| Miscellaneous documents (invoices, budgets, SCS contract) | | No | 11-27-02 |
| National Speaker Agreement for PRIDE 2002 programs for attendees of STP (template) | | Yes | 11-27-02 |
| Regional Speaker Agreement for PRIDE 2002 programs for attendees of STP (template) | | Yes | 11-27-02 |
| GSK National Speaker update Speaker Training and Promotional programs Agreement (template) | | Yes | 11-27-02 |
| GSK National Speaker Update Speaker Training and Promotional programs Agreement (template) | | Yes | 11-27-02 |
| Regional Speaker promotional Programs(PRIDE) Agreement (signed copies) | | Possibly | 11-27-02 |
| Regional Speaker promotional Programs(PRIDE) Agreement (signed copies) | | Possibly | 11-27-02 |
| MI 12-01 Slides w/ Notes & Edits | | No | 11-27-02 |
| PRIDE Program Summary dated 11-4-02 from SCS | | No | 12-12-02 |
| PRIDE 2002 Event Report from SCS | | | 1-09-03 |

WBSR FDA INQUIRY MACMIS# 11170 DOCUMENT LIST  6
PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

Confidential: Produced pursuant to 6/05/09 subpoena                GSKCO-0252-101237

Rev. 4/30/03

| DOCUMENT | BATES NUMBER | PRODUCE TO FDA | K & S |
|---|---|---|---|
| **RMS DOCUMENTS:** | | | |
| RMS Speaker Training Update Slides (w/ e-mail from RMS Stella L to RMS's re: use of slides, dated 2/7/02) | | Possibly (need to identify exactly what these are) | 11-27-02 |
| RMS Neurology & Psychiatry Territories | | No | 11-27-02 |
| List of RMSs | | No | 11-27-02 |
| RMS organization chart | | No | 11-27-02 |
| List of RMS Request for WLBCTR75 | | No | 11-27-02 |
| Spreadsheet with MD Name & Address, Date and RMS for WLBCTR75 | | | 12-12-02 |
| RMS Letter to Docs dated 12-20-02 | | Yes ☺ | 12-18-02 |
| RMS Job Description | | No | 2-5-02 |
| | | | |
| | | | |
| | | | |

Confidential: Produced pursuant to 6/05/09 subpoena                    GSKCO-0252-101238

| DOCUMENT | BATES NUMBER | PRODUCE TO FDA | K & S |
|---|---|---|---|
| **MEDICAL INFORMATION:** | | | |
| MI presentation to new sales representatives | | No | 11-27-02 |
| Recipient list of STP slides WLBCTRS75 (12/01-9/30/02) | WN0000182-WN0000209 | Yes (needs comparing) | Yes |
| Sample MI letter w/slides CTRS75 | WN0000146-WN0000149 | Probable | Yes |
| Speaker Training Slides for 12-01 as provided by MI (need to confirm version) | WN000015-WN000181 | Yes | Yes |
| Top 10 WBSR responses October 2002 | | No | 11-27-02 |
| Top10 WBSR responses by type May-Oct '02 | | No | 11-27-02 |
| Top 10 WBSR requests by month 2002 | | No | 11-27-02 |
| Screen Shots of requests for WLBCTRS72 (1/10/01-11/7/02) | | No | |
| Screen Shots of requests for WLBCTRS75 (1/10/01-11/7/02) | | No | |
| Names & addresses for requestors of WLBCTRS72 | | Yes | 11-27-02 |
| Screen Shot of all versions of WLBCTRS72 | | No | |
| CD-ROM of all versions of WLBCTRS72 (need to print all) | | Possibly | |
| CD-ROM of all versions (8) of WLBCTRS75 | | Yes ☺ Versions: **1.3, 1.4, 1.5, 1.6, 1.7 in hard copy form** | |
| Medical Information letter WLBCTR58 "Effects of Wellbutrin SR on Body Weight" | | No | 11-27-02 |
| Spreadsheet re: inactive non-distributable vs. active slides | | No | 11-27-02 |
| MI "Dear Doc" Letters re: obesity, anxiety, ADHD, SAD and bipolar | | No | 1-9-03 |
| #75 Screen Shots– version 1 | | | 1-21-03 |
| #75 Screen Shots fulfillment update for Mario Merlo (#512) | | | 2-12-03 |
| #75 Screen Shot – additional Beacon documentation of several requests | | | 2-13-03 |
| #75 Slide Set – detail print out of requests | | | 3-03 |

Rev. 4/30/03

| DOCUMENT | BATES NUMBER | PRODUCE TO FDA | K & S |
|---|---|---|---|
| **OTHER:** | | | |
| 2002 Strategy Plan WBSR | | No | 11-27-02 |
| 2002 Operating Plan | | No | 11-27-02 |
| Slide lecture Kit (2253'd) WEL888R April 2002 | | | 11-27-02 |
| Scott-Levin data re: uses of WLSR | | Possibly | 11-27-02 |
| Reprint: *Bupropion SR vs. Placebo for Weight Loss in Obese Patients with Depressive Symptoms* Obesity Research, Vol 10 No.10 Oct 2002 | WN0000097-WN0000101 | No | Yes |
| CME Express Speaker list (names & addresses) | | Possibly | 11-27-02 |
| CD-ROM of Dawn Childs' files incl. CME Express info, PRIDE program materials (need to print) | | Unknown | 11-27-02 (and 12-12-02) |
| Monograph: *The Prevalence of Sexual Dysfunction Among New-Generation Antidepressants* | | | 11-27-02 |
| October Stakeholder Monthly Report | | No | 12-18-02 |
| 2001 Operating Plans | | No | 12-23-02 |
| Wellbutrin SR video tape: #WEL747RO "Antidepressants and Efficacy" | | | 2-13-03 |
| Wellbutrin SR video tape: #WEL746RO "Antidepressants and Efficacy" | | | 2-13-03 |
| Wellbutrin SR video tape: #WEL611RO "Depression Therapy and Sexuality" | | | 2-13-03 |
| APA 2001 Conference Materials and Cassette tape | | | |
| Abstract: *Study of Bupropion SR compared to Placebo in Obese Adults with Mild to Moderate Depressive Symptoms* – Dr. Jain | | | 3-10-03 |
| CME – Medical World Communications – copies of 4 publications (Pharmacy Times and Physician's Money Digest) | | | 2-28-03 |
| Scientific Poster from 2002 APA by Bradley, Haight, Jamerson et al. Bupropion SR versus placebo comparison of depressive symptoms and weight loss in obese patients with a history of major depression | | | 3-5-03 |
| | | | |
| **REQUEST FOR SPEAKER SLIDE SETS** | | | |
| Q & A re: field and doctor inquires | | No | Yes |
| Letter to the field dated 12-3-02 | | No | Yes |

Rev. 4/30/03

| | | | |
|---|---|---|---|
| Dear Doc Letter asking for slide sets dated 12-12-02 | | No | Yes |
| List of Docs who were sent 12-12-02 Letter | | No | 12-18-02 |
| Notebook detailing calls from doctors | No | No | |
| Responses to Sales VP Directives | | No | 12-18-02 |
| | | | |
| **COUNSELING FILE** | | | |
| List of Doctor's to receive "Reminder Letter" | | | |
| Rep Coaching and Counseling file | | | |
| | | | |

Rev. 4/30/03

| RMS RESPONSES RE: COLLECTION OF SLIDE SET | | | |
|---|---|---|---|
| Paul Amato - RMS | | | 2-5-03 |
| Marshall Dewell - RMS | | | 1-13-03 & 2-5-03 |
| Bryan Facca – RMS | | | 1-13-03 & 2-5-03 |
| Don Frailey - RMS | | | 3-6-03 & 3-10-03 |
| Stephen Janning - RMS | | | 1-13-03 & 2-5-03 |
| Susan Lizarralde | | | 2-5-03 |
| R. Carter McRee – RMS | | | 2-5-03 |
| Holly Quasny – RMS | | | 2-5-03 |
| Kim Scalamandre - RMS | | | 1-13-03 & 2-5-03 |
| William Schmidt - RMS | | | 1-13-03 & 2-5-03 |
| Marilyn Semenchuk - RMS | | | 1-13-03 & 2-5-03 |
| Kenneth Shulman - RMS | | | 2-5-03 |
| Karen Theesen – RMS | | | 2-5-03 |

Confidential: Produced pursuant to 6/05/09 subpoena    GSKCO-0252-101242