# LAUREN STEVENS PAYMENTS FROM GSK

| YEAR | REGULAR PAY | OTHER PAY | TOTAL GROSS PAY |
|---|---|---|---|
| 2002 | $168,617 | $117,931 | $286,548 |
| 2003 | $179,896 | $129,292 | $309,188 |
| 2004 | $212,723 | $233,088 | $445,811 |
| 2005 | $211,817 | $250,129 | $461,946 |
| 2006 | $223,426 | $313,531 | $536,957 |
| 2007 | $231,863 | $576,211 | $808,074 |
| 2008 | $239,069 | $191,539 | $430,608 |
| 2009 | $262,915 | $276,506 | $539,421 |
| 2010 | $217,226 | $1,053,954 | $1,271,180 |
| TOTALS: | $1,947,552 | $3,142,181 | $5,089,733 |