| Year | Amount |
|---|---|
| 1999 | 1,989,732 |
| 2000 | 848,143 |
| 2001 | 249,820 |
| 2002 | 1,320,643 |
| 2003 | 12,803,428 |
| 2004 | 11,937,747 |
| 2005 | 21,480,634 |
| 2006 | 27,047,265 |
| 2007 | 44,555,968 |
| 2008 | 43,768,452 |
| 2009 | 51,594,684 |
| 2010 | 41,030,248 |
| 2011 | 4,398,026 |
| Grand Total | 263,024,790 |

Confidential: Produced pursuant to 02/06/04 subpoena

GSKCO-0252-077822

GOV0227-001