### IN THE UNITED STATES DISTRICT COURT|
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT-10-0694 |
| | * | |
| LAUREN STEVENS | * | |
| | * | |
| Defendant. | * | |
| | ****** | |

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DATE | DESCRIPTION | ID | OFFER | ADMIT |
|---|---|---|---|---|---|
| 1 | 10/9/2002 | FDA Initial Inquiry letter to GSK re: Wellbutrin | | | |
| 2A | 10/14/2002 | Letter re: Response to FDA | | | |
| 2B | 10/15/2002 | Letter re: Teleconference | | | |
| 2C | 10/18/2002 | Letter re: Follow-up to teleconference | | | |
| 2D | 10/22/2002 | Letter re: Request for information | | | |
| 2E | 10/29/2002 | Letter re: Confidentiality of GSK documents | | | |
| 2F | 11/14/2002 | Letter re: Response to FDA | | | |
| 2F-A | 11/14/2002 | Attachment A to November 14, 2002 Letter from L. Stevens to L. Frank | | | |
| 2F-B | 11/14/2002 | Attachment B to November 14, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G | 12/23/2002 | Letter re: Response to FDA | | | |
| 2G-A | 12/23/2002 | Attachment A to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-B | 12/23/2002 | Attachment B to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-C | 12/23/2002 | Attachment C to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-D | 12/23/2002 | Attachment D to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-E | 12/23/2002 | Attachment E to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-F | 12/23/2002 | Attachment F to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-G | 12/23/2002 | Attachment G to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-H | 12/23/2002 | Attachment H to December 23, 2002 Letter from L. Stevens to L. Frank | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2G-I | 12/23/2002 | Attachment I to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-J | 12/23/2002 | Attachment J to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-K | 12/23/2002 | Attachment K to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-L | 12/23/2002 | Attachment L to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-M | 12/23/2002 | Attachment M to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-N | 12/23/2002 | Attachment N to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2G-O | 12/23/2002 | Attachment O to December 23, 2002 Letter from L. Stevens to L. Frank | | | |
| 2H | 2/28/2003 | Letter re: Response to FDA | | | |
| 2H-A | 2/28/2003 | Attachment A to February 28, 2003 Letter from L. Stevens to L. Frank | | | |
| 2H-B | 2/28/2003 | Attachment B to February 28, 2003 Letter from L. Stevens to L. Frank | | | |
| 2H-C | 2/28/2003 | Attachment C to February 28, 2003 Letter from L. Stevens to L. Frank | | | |
| 2H-D | 2/28/2003 | Attachment D to February 28, 2003 Letter from L. Stevens to L. Frank | | | |
| 2H-E | 2/28/2003 | Attachment E to February 28, 2003 Letter from L. Stevens to L. Frank | | | |
| 2H-F | 2/28/2003 | Attachment F to February 28, 2003 Letter from L. Stevens to L. Frank | | | |
| 2I | 3/28/2003 | Letter re: Response to FDA | | | |
| 2I-A | 3/28/2003 | Attachment A to March 28, 2003 Letter from L. Stevens to L. Frank with Attachments | | | |
| 2I-B | 3/28/2003 | Attachment B to March 28, 2003 Letter from L. Stevens to L. Frank with Attachments | | | |
| 2J | 4/28/2003 | Letter re: Response to FDA | | | |
| 2J-A | 4/28/2003 | Attachment A to April 28, 2003 Letter from L. Stevens to L. Frank with Attachments | | | |
| 2J-B | 4/28/2003 | Attachment B to April 28, 2003 Letter from L. Stevens to L. Frank with Attachments | | | |
| 2J-C | 4/28/2003 | Attachment C to April 28, 2003 Letter from L. Stevens to L. Frank | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2J-D | 4/28/2003 | Attachment D to April 28, 2003 Letter from L. Stevens to L. Frank | | | |
| 2K | 5/21/2003 | Letter re: Response to FDA | | | |
| 2K-A | 5/21/2003 | Attachment A to May 21, 2003 Letter from L. Stevens to L. Frank | | | |
| 2K-B | 5/21/2003 | Attachment B to May 21, 2003 Letter from L. Stevens to L. Frank | | | |
| 2L | 11/6/2003 | Letter re: Response to FDA | | | |
| 2L-A | 11/6/2003 | Attachment A to November 6, 2003 Letter from L. Stevens to R. Williams | | | |
| 2L-B | 11/6/2003 | Attachment B to November 6, 2003 Letter from L. Stevens to R. Williams | | | |
| 2L-C | 11/6/2003 | Attachment C to November 6, 2003 Letter from L. Stevens to R. Williams | | | |
| 3 | 12/12/2002 | Letter re: Request for presentation materials used at GSK-Sponsored Programs | | | |
| 4 | 1/18/2003 | Email from J. Lemieux re: Speaker event and PRIDE databases | | | |
| 4A | 1/20/2003 | Spreadsheet of PRIDE Programs (01/06/01-07/28/01):  SCS 2001 Rev2-01-18-03.xls | | | |
| 4B | | Spreadsheet of PRIDE Programs - 2002: SCS2002: Rev2-01-18-03 Stat.xls | | | |
| 4C | | Spreadsheet of GSK Speaker Event Database: 2001-2002:  SE Database Rev2-01 18 03.xls | | | |
| 5 | 1/24/2003 | Email re: Doctors' presentations | | | |
| 6 | 2/4/2003 | Email re: Doctor presentations, K&S review | | | |
| 7 | 1/24/2003 | Email from J. Lemieux re: Doctors' Presentations | | | |
| 8 | 3/18/2003 | Email re: Pros/Cons of submitting physician presentations to FDA | | | |
| 9 | 6/26/2003 | Letter re: Request for presentation materials used at GSK-Sponsored Programs | | | |
| 10 | 10/9/2002 | Stevens Handwritten Notes - MACMIS notebooks combined | | | |
| 10A | | Stevens Handwritten Notes - MACMIS interviews | | | |
| 10B | | Stevens Handwritten Notes - Non-MACMIS notebooks | | | |
| 10C | | Stevens Handwritten Notes (loose) - Points to Clarify | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10D | | Stevens Handwritten Notes - FDA holds co responsible | | | |
| 10E | | Stevens Handwritten Notes (loose) - Pradko | | | |
| 10F | 12/14/2003 | Stevens Handwritten Notes (loose) - James Pradko | | | |
| 10G | | Stevens Handwritten Notes (loose) - 1/22/03 | | | |
| 10H | | Stevens Handwritten Notes (loose) - Pros/Cons | | | |
| 10I | | Stevens Handwritten Notes (loose) - 7/13/03 Dr. Gordon Clark et al | | | |
| 10J | | Stevens Handwritten Notes (loose) - post-its | | | |
| 10K | | Stevens Handwritten Notes (loose)  - Begins 8/29/03 | | | |
| 10L | 10/25/2002 | Stevens Handwritten Notes (loose) - 10/25/02 Telecon | | | |
| 10M | | Stevens Handwritten Notes 7/24/03-2/27/04 Notebook (black and white copy) | | | |
| 10N | | Stevens Handwritten Notes 10/1/02-7/18/03 Notebook (black and white copy) | | | |
| 10P | | Stevens Handwritten Notes | | | |
| 11 | 10/9/2002 | Re: NDA 20-358 Wellbutrin SR MACMIS #11170 | | | |
| 12 | 6/16/2003 | Email re: Draft responses to Potential FDA Conference Call questions | | | |
| 13 | 11/5/2002 | Email re: Provision of presentation materials to FDA | | | |
| 14 | 4/25/2003 | Letter re: Speakers/presentations; cover letter for list of doctors | | | |
| 15 | 6/23/2003 | Email re: Letter to Speakers for Wellbutrin SR | | | |
| 16 | 10/31/2002 | Email attach Draft Project Plan | | | |
| 17 | 11/25/2002 | Email from L. Stevens re: Update | | | |
| 17A | 4/30/2003 | Summary chart of documents sent to King & Spalding | | | |
| 18 | 11/26/2002 | Email from L. Stevens re: Today's Meeting | | | |
| 19 | 1/11/2003 | Email from L. Stevens re: List of Documents | | | |
| 20 | 10/10/2002 | Email re: Letter from DDMAC + FDA Investigation | | | |

| 21 | 11/6/2002 | Email re: Proceedings of FDA Inquiry; Hull letters to Drs. and Sales reps | | | |
|---|---|---|---|---|---|
| 22 | 10/9/2002 | Email from A. Rosen re: FW: Correspondence from DDMAC - Wellbutrin SR | | | |
| 23 | 2/5/2003 | Email re: Teleconference Agenda | | | |
| 24 | 11/5/2002 | Email re: Telecon with Lesley Frank | | | |
| 25 | 1/30/2003 | Memo to King & Spalding re: Teleconference with FDA on January 21, 2003 | | | |
| 26 | 11/12/2002 | Email from L. Stevens re: Qt1 Description of programs for HCPs | | | |
| 27 | 1/29/2003 | Email from L. Stevens re: SCS 2002 Rev3 - 01 29 03 Stats | | | |
| 28 | 2/11/2003 | L. Stevens Handwritten notes on revisions to SE database with dates through 2/11/03 | | | |
| 29 | 5/20/2002 | Email from A. Rosen re: Regulatory Requirements for Speakers | | | |
| 30 | 5/18/2002 | Email from J. Millar re: Review slides and comments | | | |
| 31 | 10/16/2003 | Email from I. Acosta re: Hudziak Tele Info; Dr. Hudziak Slides | | | |
| 32 | 5/20/2002 | Email from A. Rosen re: Regulatory Requirements for Speakers | | | |
| 33 | 5/14/2002 | Email from L. Stevens re: Another Teleconference Question | | | |
| 34 | 4/13/2001 | Email from R. Rancourt re: Attaching spreadsheet with changes to Wellbutrin SR program plan | | | |
| 35 | 5/21/2002 | Email from A. Rosen re: FW: Teaching Guidelines | | | |
| 36 | 6/5/2002 | Email from A. Rosen re: Teaching Guidelines | | | |
| 37 | 5/21/2002 | Email from L. Stevens re: FW: Teaching Guidelines Dr. Hudziak | | | |
| 38 | 2003 | J. Hudziak 1099 tax forms | | | |
| 39 | 5/29/2002 | Email re: J. Ogle re: Transmittal of Hudziak's final slide presentation | | | |
| 40 | 4/18/2003 | S. Shade Note re: Jamey Millar's meeting with Dr. Hudziak at Advisory Board Meeting | | | |
| 41 | 9/5/2003 | Email from J. Lemieux re: Dr. Hudziak | | | |
| 42 | 3/25/2003 | Email from S. Shade re: New Slides for Dr. Hudziak | | | |
| 43 | 7/22/2002 | Email from J. McNeill re: Discussion re: Hudziak CME schedule | | | |

| | | | | | |
|---|---|---|---|---|---|
| 44 | 12/16/2002 | Email from J. Schell re: FW: Wellbutrin PRIDE Report | | | |
| 45 | 5/20/2003 | Email from J. Grant re: Transmittal of Hudziak slides | | | |
| 46 | 10/4/2002 | Fax Cover Sheet from J. Pradko | | | |
| 47 | 10/4/2002 | Neuroreceptor Basis of Initial Antidepressant Choice presentation | | | |
| 48 | 10/4/2002 | Handout for presentation | | | |
| 49 | 10/6/2002 | Fax Cover Sheet and revised slides from J. Pradko | | | |
| 50 | 10/7/2002 | Email from J. Millar re: Dr. Pradko | | | |
| 51 | 10/8/2002 | J. Pradko Fax re: Revised slides | | | |
| 52 | 11/21/2002 | Email from J. Millar re: Pradko 11-15-02 Notes (w/ handwritten notes) | | | |
| 52A | 11/20/2002 | E-mail re: FW: Pradko11/15/02 notes | | | |
| 52B | 11/21/2002 | Email from L. Stevens to M. Jensen, M. Brown re: FW: Pradko 11-15-02 Notes | | | |
| 53 | 11/22/2002 | Letter from J. Pradko re: attach Pradko slides on Neuroreceptor Basis of Initial Antidepressant Choice | | | |
| 54 | 11/24/2002 | J. Pradko fax cover sheet sending Pradko slides | | | |
| 55 | 12/2/2002 | Email from L. Stevens re: Request for investigation | | | |
| 56 | 12/9/2002 | Email from M. Brown re: WBSR.Pradko.letter.12.09.021.doc; letter revisions | | | |
| 57 | 12/10/2002 | Email from J. Millar re: Letter to Pradko | | | |
| 58 | 12/9/2002 | Email from S. Shade re: Pradko Letter | | | |
| 59 | 12/9/2002 | Email from M. Jensen re: Pradko language | | | |
| 60 | 12/9/2002 | Email from M. Brown re: Pradko and FDA inquiry | | | |
| 61 | 12/9/2002 | Email from L. Stevens re: Pradko letter | | | |
| 62 | 12/10/2002 | J. Millar Letter re: Pradko speaker program must be consistent with FDA requirements | | | |
| 63 | 12/11/2002 | B. Echols Memo to File re: Interview of Anthony Cascarano | | | |
| 64 | 12/11/2002 | B. Echols Memo to File re: Interview of Marlene May | | | |
| 65 | 12/13/2002 | L. Stevens Memo to File re: James Pradko | | | |

| | | | | | |
|---|---|---|---|---|---|
| 66 | 12/9/2002 | Email from L. Stevens re: Pradko Letter; Discussion of Pradko presentations | | | |
| 67 | 12/13/2002 | Email from L. Stevens re: FW: Report on James Pradko | | | |
| 68 | 12/17/2002 | Email from S. Hull re: Pradko presentation summary | | | |
| 69A | 2/14/2003 | Handwritten Notes: 2-13-03 re: James Pradko | | | |
| 69B | 2/7/2003 | Letter from L. Stevens to Dr. Pradko regarding 1/24/03 meeting | | | |
| 70 | 2/7/2003 | Email from J. Millar re: Pradko cassette | | | |
| 71 | 2/14/2003 | J. Pradko Letter re: Cassette tape lecture | | | |
| 72 | 12/15/2002 | J. Lemieux Handwritten notes on listing of Pradko events | | | |
| 73 | 12/13/2002 | Spreadsheet of Dr. Pradko talks | | | |
| 74A | 1/15/2003 | Handwritten Notes re: Pradko and CD Rom | | | |
| 74B | 1/15/2003 | James Pradko 3/13/2002 Slides | | | |
| 75 | 1/19/2003 | Choosing an Antidepressant of the Long Haul presentation | | | |
| 76 | 2/4/2003 | File cover sheet - Pradko | | | |
| 77 | 3/18/2003 | J. Lemieux cover letter sending Pradko's cassettes to King & Spalding | | | |
| 78 | 4/27/2002 | J. Pradko Letter re: Use of video | | | |
| 81 | 9/19/2002 | Memo re: Conference Call Notice on Topic: Use of DVD/CD as a CME Vehicle | | | |
| 82 | 10/9/2002 | S. Shade Email re: Dr. Pradko | | | |
| 83 | 10/9/2002 | Jackie Pradko Letter re: Pradko Audiovisual products | | | |
| 84 | 10/10/2002 | Fax from C. Angelbeck for Conf Call 10/11 (relating to Pradko DVD) | | | |
| 86 | 11/17/2002 | Fax from B. Prewitt re: forwarding request to purchase Pradko tapes | | | |
| 87 | 12/13/2002 | Email from A. Rosen re: Memo to the File - SOMA Proposal | | | |
| 88 | 12/13/2002 | Memo from A. Rosen re: Attachments to the SOMA Memo to the file | | | |
| 89 | 1/6/2003 | Email from S. Shade re: Pradko DVD | | | |
| 90 | 12/30/2002 | Document entitled Winning Through Innovation | | | |
| 91 | | Pradko audiocassette & transcript (as chalk) Produced as Audio Cassette 46 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 92 | 2/13/2003 | Stevens 2002 Performance and Development Plan | | | |
| 92A | 8/21/2003 | Letter  re: Stevens' Promotion | | | |
| 92B | 2/27/2004 | Stevens 2003 Performance and Development Plan | | | |
| 94 | | Pradko DVD and transcript (as chalk) | | | |
| 96 | 3/23/2000 | Memo from R. Padgett re: Pradko Slide Presentation | | | |
| 97 | 3/13/2002 | Pradko slides: Neuroreceptor Basis of Initial Antidepressant Choice | | | |
| 98 | 8/31/2002 | GSK Representative Program Evaluation Form | | | |
| 99 | | J. Pradko 1099 tax forms | | | |
| 100 | 5/12/2003 | Email from L. Stevens re: Revised Supplemental Response & Version 2 of Conclusion; Wednesday Teleconference | | | |
| 101 | | Lemieux handwritten notes | | | |
| 101A | | Julie Lemieux's telephone log with doctors (includes some notes by Lauren Stevens) | | | |
| 101B | | Julie Lemieux's handwritten notes (loose) - Pradko issue | | | |
| 101C | | Julie Lemieux's handwritten notes - combined | | | |
| 101D | | Lemieux handwritten notes | | | |
| 101E | | Lemieux handwritten notes | | | |
| 102 | | Hetzel handwritten notes | | | |
| 103 | | Shade handwritten notes | | | |
| 103A | | Sherrie Shade's notes: To Do notebook | | | |
| 103B | | Sherrie Shade's handwritten notes (loose) - from date of press release sent to Lauren Stevens | | | |
| 103C | | Sherrie Shade's handwritten notes (loose) - Fax Hudziak's presentation to Mark | | | |
| 103D | | Sherrie Shade's handwritten notes - Phone Calls notebook | | | |
| 103E | | Sherrie Shade's handwritten notes – on email re: FDA Wellbutrin SR Inquiry (Speaker Programs) | | | |
| 103F | | Sherrie Shade's notes re: speaker programs | | | |
| 103G | | Sherrie Shade's notes re: Q&A 1/11/2003 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 103H | | Sherrie Shade's notes re: Richard Bennett 1/11/2003 | | | |
| 103I | | Sherrie Shade's notes re: Davico and Fujioka | | | |
| 104 | | Reeves handwritten notes | | | |
| 105 | | Jensen handwritten notes | | | |
| 106 | | Brown handwritten notes | | | |
| 107 | 2/24/2011 | GSK Earnings History - Lauren Stevens | | | |
| 108 | 12/20/2002 | GSK PRIDE Programs | | | |
| 109 | 3/12/2003 | Email from J. Lemieux re: FW: Conf. Call | | | |
| 110 | 2/26/2003 | Email from S. Shade re: Request No. 1 comments from S. Shade | | | |
| 111 | 2/25/2003 | Email from S. Shade FW: FDA Request No. 1 | | | |
| 112 | 2/25/2003 | Email from L. Stevens re: Anderson Revised Draft; FDA Inquiry about payments to Anderson | | | |
| 113 | 10/25/2002 | Memo from S. Saini of Telephone conversation re: DDMAC's Wellbutrin inquiry letter | | | |
| 114 | 1/18/2003 | Email from L. Stevens re: Follow up from sales meeting | | | |
| 115 | 2/18/2003 | Email from S. Shade re: Response to FDA Inquiry w/ notes | | | |
| 116 | 2/15/2003 | Email from L. Stevens re: Spoke with Ed Collins | | | |
| 117 | 1/22/2003 | FDA Information Request: draft response to Request No. 1 | | | |
| 118 | 2/5/2003 | Email from S. Shade re: Teleconference Agenda | | | |
| 119 | 3/12/2003 | Narrative Response to Requests No. 3, 7, 8 Handout | | | |
| 120 | 11/2/2002 | Email from M. Schwartz re: Schwartz response to advisory board survey | | | |
| 121 | 11/4/2002 | Email from M. Schwartz re: SIB Information | | | |
| 122 | 11/4/2002 | Email from J. Barnes re: Advisory board survey | | | |
| 123 | 11/4/2002 | Email from G. Dial re: Advisory board survey | | | |
| 124 | 11/5/2002 | Email from A. Rillo re: Advisory Boards - Wellbutrin SR | | | |
| 125 | 11/6/2002 | Email from S. Shade re: Arnel response to advisory board survey | | | |

| 126 | 11/7/2002 | Email from A. Rosen re: Advisory board survey | | | |
|---|---|---|---|---|---|
| 127 | 11/7/2002 | Email from J. Barnes re: Advisory board survey | | | |
| 128 | 11/7/2002 | Email from P. Gaegler re: District 9 advisory board survey | | | |
| 129 | 11/7/2002 | Email from E. Bishop re: District 5 advisory board survey | | | |
| 130 | 4/3/2003 | Document and attachment w/ Wolkowitz background info; handwritten notes/edits | | | |
| 131 | 11/13/2002 | Email from P. Gaegler re: Advisory board survey | | | |
| 132 | 12/16/2002 | Email M. Jensen re: Teleconference with FDA | | | |
| 133 | 12/17/2002 | FDA Information Request: draft response to Request No. 1 | | | |
| 134 | 1/22/2003 | Email from S. Shade Draft response to FDA Information Request No. 1 | | | |
| 135 | 1/19/2003 | FDA Information Request: draft response to Request No. 1 | | | |
| 136 | 1/29/2003 | Email from L. Stevens re: Request No. 1 comments | | | |
| 137 | 2/12/2003 | FDA Information Request: draft response to request No. 1 | | | |
| 138 | 2/14/2003 | Email from L. Stevens re: FDA Information Request: draft response to request No. 1 | | | |
| 139 | 2/13/2003 | Email re: Request No. 1 comments from S. Shade and L. Stevens | | | |
| 140 | 2/19/2003 | Email re: Request No. 1 comments from M. Brown | | | |
| 141 | 10/4/2002 | GSK (US) Policy on GlaxoSmithKline-Sponsored Speaker Programs | | | |
| 142 | 6/4/2001 | Email re: New GSK Policies on Commercial Practices | | | |
| 143 | 4/4/2003 | Document containing GSK Speaker Event policies | | | |
| 144 | 9/19/2003 | Email from L. Stevens re: Gadde response to agreement | | | |
| 145 | 5/23/2002 | Email re: Recent changes to GSK's commercial practices policies | | | |
| 146 | 11/13/2001 | Memo re: P.R.I.D.E. 2002 Program Roll-out | | | |
| 147 | 11/15/2002 | Document w/names/bios of Wellbutrin employees who train speakers | | | |

| | | | | | |
|---|---|---|---|---|---|
| 148 | 6/30/2003 | Memoranda: Interview Summaries; Document Index from GSK | | | |
| 149 | 9/18/2003 | Email from L. Stevens re: Wellbutrin SR Sustained-Release Tablets--Response to GSK Request for Presentation Materials Used at GSK-Sponsored Programs | | | |
| 150 | 6/14/2003 | Memo from M. Brown to L. Stevens re: Talking points for Teleconference w/ FDA | | | |
| 151 | 10/30/2003 | Email from S. Shade re: Draft response | | | |
| 152 | 1/24/2003 | Email from M. Jensen re: Letters relating to Dr. presentations | | | |
| 153 | 11/15/2002 | Email from L. Stevens re: Q&A for physicians and sales reps re FDA inquiry | | | |
| 154 | 5/1/2003 | Email from L. Stevens re: requesting RVPS in region for list of doctors to receive regulatory letter | | | |
| 155 | 4/25/2003 | List of Dr.s' names, those involved in inquiry | | | |
| 156 | 2/25/2003 | Email from M. Brown re: Wellbutrin talks | | | |
| 157 | 3/30/2003 | Email from M. Brown re: Response to slide request of Wolkowitz by Mark Brown | | | |
| 158 | 10/10/2002 | Document w/handout of slides for talk on 6/27/02 | | | |
| 159 | 2/22/2003 | Email from L. Stevens re: FDA Investigation of Wellbutrin, Dr. Owen Wolkowitz | | | |
| 160 | 4/24/2003 | Fax re: Discussion on Depression with Dr. Wolkowitz | | | |
| 161 | 4/17/2003 | Email from M. Brown re: Wolkowitz questions about FDA inquiry | | | |
| 163 | 12/2/2002 | Email from L. Stevens re: Draft response to Owen Wolkowitz | | | |
| 164 | 10/10/2002 | S. Shade Project Plan with Stevens Notes | | | |
| 165 | 1/15/2003 | GSK PRIDE Programs spreadsheet | | | |
| 166 | 1/10/2003 | Email from R. Moscato re: FW: PRIDE 2003 Questions | | | |
| 167 | 1/30/2003 | Email from L. Stevens re: Speaker Event database for Wellbutrin SR | | | |
| 167A | 1/22/2003 | GSK Speaker Event Database - Wellbutrin SR - 2001 -2002:  SE Database Rev3 01 22 03.xls | | | |

| | | | | | |
|---|---|---|---|---|---|
| 168 | 3/13/2003 | Email from J. Lemieux re: Speaker Database Comments, Requests No. 3, 7, 8 | | | |
| 169 | 3/17/2003 | Email from L. Stevens re: SE Database rev 3-17-03 #5 | | | |
| 170 | 4/17/2003 | Email from S. Shade re: GSK response to FDA inquiry | | | |
| 171 | 1/16/2003 | Email from L. Esposito re: FW: Wellbutrin PRIDE 2001 | | | |
| 172 | 1/3/2003 | Spreadsheet of PRIDE Programs with Compensation (01/06/01-07/28/01) | | | |
| 174 | 10/10/2002 | Handwritten Chart | | | |
| 175 | 3/28/2003 | GSK PRIDE Programs 2001 (submitted to FDA) | | | |
| 176 | 3/26/2003 | FDA Information Request: draft, with email attached from M. Jensen | | | |
| 177 | 5/5/2003 | Email from M. Brown re: draft response to request 13, 14 and conclusion | | | |
| 178 | 3/18/2003 | Draft of March letter regarding the PRIDE and SE Databases with revisions | | | |
| 179 | 9/18/2003 | Email from L. Stevens re: Middleman, Satloff response to agreement | | | |
| 180 | 1/18/2003 | Spreadsheet w/ comments on presentations mention weight | | | |
| 181 | 5/12/2003 | Email from L. Stevens with comments on draft conclusion | | | |
| 182 | 1/9/2003 | K. Fujioka Letter re: Lectures for GSK | | | |
| 183 | 2/8/2003 | Envelope from Alexander to Stevens with Stevens note attached | | | |
| 184 | 1/18/2003 | Revised Spreadsheet: Presentations w/ other off-label issues | | | |
| 185 | 1/11/2003 | Notes from Sherrie Shade about Bennet's slides | | | |
| 186 | 1/13/2003 | File cover sheet for Neil Berliner | | | |
| 187 | 1/13/2003 | File cover sheet for Kishore Gadde | | | |
| 188 | 1/14/2003 | File cover sheet for Don Chesler | | | |
| 189 | 1/14/2003 | File cover sheet for David Dunner | | | |
| 190 | 1/1/2003 | File cover sheet for Daniel Deutschman | | | |
| 191 | 9/29/2003 | Responses regarding June 26, 2003 Letter to Doctors spreadsheet | | | |
| 192 | 9/24/2003 | Email from L. Hedgpeth re: Removal of Dr. Kishore Gadde from SE | | | |
| 193 | 2/13/2003 | Email from S. Shade re: FW: Speaker Presentations | | | |

| | | | | | |
|---|---|---|---|---|---|
| 194 | 8/5/2003 | Email from J. Lemieux re: List of Physicians who have not responded to 7-26 letter | | | |
| 195 | 1/24/2003 | Handout re: Review of Doctor Responses with handwritten comments | | | |
| 196 | 1/15/2003 | Note re: Deutschman handouts used in 2001 presentations | | | |
| 197 | 1/15/2003 | Note from rep states slides were used during lunch time talks | | | |
| 198 | 1/15/2003 | Note from rep states slides were used during lunch time talks | | | |
| 199 | 12/11/2002 | Note re: Number of doctors who spoke at speaker events and through PRIDE | | | |
| 200 | 12/16/2002 | Spreadsheet with list of doctors added onto the original 500 | | | |
| 201 | 4/29/2003 | List of doctors to get regulatory/contract letter | | | |
| 202 | 10/22/2003 | Email from L. Stevens to sales reps re: off-label speaker programs | | | |
| 203 | 10/31/2003 | Email from S. Shade re: Draft Letter | | | |
| 204 | 10/20/2003 | Draft response to 6/9/03 letter re: Davico | | | |
| 205 | 10/26/2003 | Draft of early Nov letter to FDA | | | |
| 206 | 11/5/2003 | Email from L. Stevens re: draft response to 10/9/02 letter | | | |
| 207 | 11/5/2003 | Email M. Brown re: draft response to 10/9/02 letter | | | |
| 208 | 11/6/2003 | Draft response to 10/9/02 letter ("Margaret's") | | | |
| 209 | 11/6/2003 | Draft response to 10/9/02 letter with handwritten edits | | | |
| 210 | 11/6/2003 | Draft response to 10/9/02 letter | | | |
| 211 | 6/16/2003 | Email from S. Hull re: Formal grievance of Davico | | | |
| 212 | 11/5/2002 | Email from S. Saini re: Pre-disclosure notification request by GSK | | | |
| 214 | 10/17/2003 | Forwarded email from L. Stevens re: James Sahoye interview memo attached | | | |
| 215 | 11/22/2002 | Email from J. Lemieux re: List of Documents | | | |
| 216 | 2/12/2003 | Email from L. Stevens re: New database for speaker programs that used off-label title | | | |
| 217 | 10/15/2002 | Email from D. Clines re: Cover Letter for Slide Request | | | |

| | | | | | |
|---|---|---|---|---|---|
| 218 | 2/19/2003 | Email from N. Reeves re: Revised Anderson narrative; Anderson presentations | | | |
| 219 | 12/19/2002 | Email from L. Stevens re: Draft Nov. letter to FDA | | | |
| 220 | 12/20/2002 | Email from S. Shade re: Draft Cover Letter, training slide for RMS | | | |
| 221 | 12/23/2002 | Email from L. Stevens re: Final Letter to FDA | | | |
| 222 | 1/14/2003 | Spreadsheet of Response from Doctors | | | |
| 223 | 1/22/2003 | Outline of Questions from FDA teleconference | | | |
| 223A | 1/25/2003 | Email re: Outline of FDA teleconference from previous week | | | |
| 224 | 1/24/2003 | Email from L. Stevens re: Spreadsheet for WLBCTRS75 exchange project | | | |
| 225 | 11/11/2002 | Email attachment from J. Lemieux re: RMS PRIDE Speaker update slides | | | |
| 226 | 1/1/2011 | King & Spalding Invoices | | | |
| 227 | 1/1/2011 | King & Spalding Billing Summary | | | |
| 228 | 12/17/2003 | Email from M. Brown re: GSK Wellbutrin SR: memo to L. Stevens summarizing investigation | | | |
| 229 | 6/14/2002 | Letter to FDA's Russell Katz re off-label promotion | | | |
| 230 | 9/22/2010 | Letter from Medical Education Collaborative. | | | |
| 231 | 9/22/2010 | Stevens Training Records re: 016 Compliance Guidance | | | |
| 232 | 5/21/2003 | Spreadsheet of Names, Company Address; Rate Quality of Program and Speaker for MEC Audioconference - Stevens Training | | | |
| 233 | 10/4/2002 | Materials from University of North Carolina School of Law, Dan K. Moore Ethics Program. | | | |
| 234 | 5/1/2002 | Lauren Stevens training materials PhRMA 5/1/02 - 5/3/02 | | | |
| 235 | 6/29/2010 | North Carolina State Bar Records re: L. Stevens | | | |
| 236 | 11/4/2003 | Draft response to 10/9/02 letter with handwritten edits | | | |
| 237 | 2/23/2003 | Email from L. Stevens re: Issues regarding payments to Drs. | | | |

| | | | | | |
|---|---|---|---|---|---|
| 238 | 10/3/2003 | Powerpoint presentation re: Treatment Options for Depression by J. Amato in Primary Care with email attached | | | |
| 239 | 7/29/2002 | Email from J. Millar re: Dr. Hudziak and new State law | | | |
| 240 | 11/18/2003 | Memo to Clayton File from J. Lemieux | | | |
| 241 | 10/15/2003 | Email from L. Stevens re: Amato off-label presentation | | | |
| 242 | 8/15/2002 | Email from R. Moscato re: CME Express program Hudziak | | | |
| 243 | 12/18/2002 | Handouts used by Modell during GW/GSK sponsored talks | | | |
| 244 | 6/22/2000 | Effect of Buproprion-SR on Orgasmic Dysfunction in Nondepressed Subjects: A Pilot Study | | | |
| 245 | 12/16/2002 | Email from S. Shade re: FW: Speaker Presentations | | | |
| 246 | 2/6/2003 | Voice Mail from Jack Modell regarding his follow-up on presentation materials | | | |
| 247 | 11/4/2003 | Email from L. Stevens re: Anita Clayton Slides | | | |
| 248 | 6/28/2001 | Wellbutrin SR presentations | | | |
| 249 | 7/2/2001 | Announcement of Fujioka presentations | | | |
| 250 | 7/17/2001 | Email from J. Persinger re: Summary Forms for 2000 and 2001 SIBS | | | |
| 251 | 11/30/2001 | GSK Special Issues Board Executive Summary | | | |
| 252 | 9/3/2002 | Email from J. McNeill re: CME Express for Depression | | | |
| 253 | 8/30/2003 | Email from B. Judd re: Memo of General Pharma Speaker Policy | | | |
| 254 | 11/4/2003 | Email from L. Stevens re: draft response to 10/9/02 letter | | | |
| 255 | 10/31/2003 | Email attachment from S. Shade listing of non-PRIDE Fujioka programs | | | |
| 256 | 10/1/2003 | Email from M. Brown re: confirmation to interview James Sahoye | | | |
| 257 | 9/24/2003 | Email from L. Stevens re: Gadde removal from speaker database | | | |
| 258 | 6/26/2003 | Letter from L. Stevens to K. Fujioka re: Request for Presentation Materials Used at GSK-Sponsored Programs | | | |
| 259 | 6/9/2003 | Letter from A. Davico to E. Hu re: Off-label promotion of Wellbutrin SR by Glaxo SmithKline | | | |

| 260 | 8/7/2003 | Letter from L. Stevens to M. Zetin re: Discusses response to GSK's request re: use of GSK materials in presentations | | | |
| 261 | 1/28/2003 | Fax from C. Gessner to K. Fujioka re: Enclosing for signature speaker event confirmation, amendment to GSK agreement with GSK speaker events, member promotional programs | | | |
| 262 | 1/15/2001 | K. Fujioka Slides re: Effects of Bupropion SR on Body Weight | | | |
| 263 | 6/15/2002 | K. Fujioka presentation - Antidepressants and Weight Gain | | | |
| 264 | 6/15/2002 | K. Fujioka presentation - Depression and Obesity | | | |
| 265 | 3/7/2003 | Memo from R. Rancourt re: coaching and counseling | | | |
| 266 | 1/27/2003 | Email from S. Shade re: memo on call with FDA | | | |
| 267 | 2/12/2003 | Email from L. Stevens re: Response to FDA Inquiry | | | |
| 268 | 9/30/2003 | Document re: FDA Letter of Inquiry + GSK Internal Investigation; Notes on sales reps and Drs. | | | |
| 269 | 2/24/2002 | Thorpe HR and compliance file | | | |
| 270 | 2/2/2001 | Letter from T. Abrams re: DDMAC awareness of presentations by Dr. McMillen on behalf of Pharmacia | | | |
| 271 | 9/17/2001 | Warning Letter from T. Abrams re: promotional activities of Merck & Co for Vioxx | | | |
| 272 | 2/1/2002 | Warning Letter from T. Abrams re: promotional activities of Pharmacia Corp. for Celebrex | | | |
| 273 | 10/25/2002 | Email from J. Millar re: CAT obesity study with Anderson | | | |
| 274 | 10/29/2002 | Email from M. Brown re: Final Review of letter | | | |
| 275 | 10/29/2002 | Email from M. Brown re: NYT Article on Neurontin and efforts to promote off-label uses | | | |
| 276 | 10/30/2002 | Email from M. Brown re: FOIA request to FDA | | | |
| 277 | 11/6/2002 | Email from J. Millar re: Slide showing uses for Wellbutrin SR by indication | | | |
| 278 | 11/20/2002 | Email from L. Stevens re: Chart examining uses of WBSR by indication | | | |

| | | | | | |
|---|---|---|---|---|---|
| 279 | 11/14/2002 | Email from L. Frank re: Document re RMS presentation to Trainees | | | |
| 280 | 12/3/2002 | Email from M. Jensen re: Summary of Documents and Information Requested from Interviews | | | |
| 281 | 12/2/2002 | Email from L. Stevens re: FW: Interview Summaries | | | |
| 282 | 12/3/2002 | Wellbutrin SR Investigation, Next Steps document | | | |
| 283 | 12/11/2002 | Email from L. Stevens w/ attached PhRMA Code on Interactions w/ Healthcare Professionals | | | |
| 284 | 12/15/2002 | L. Stevens Notes re: speaker issues | | | |
| 285 | 12/17/2002 | Email from L. Stevens re: Description of presentation by Dr. James Pradko | | | |
| 286 | 12/18/2002 | Fax from L. Stevens re: NDA 20-358 Wellbutrin SR Sustained-Release Tablets MACMIS #11170 | | | |
| 287 | 1/14/2003 | File cover sheet - Dr. Ken Fujioka | | | |
| 288 | 2/25/2003 | Email from M. Brown re: FDA Inquiry concerning payments to Anderson | | | |
| 289 | 3/12/2003 | Email from J. Hetzel re: Today's Teleconference w/ K&S | | | |
| 290 | 4/22/2003 | Email from L. Stevens re: Dr. Wolkowitz background doc w/ edits | | | |
| 291 | 5/1/2003 | Email from L. Stevens re: conference call re: strategy | | | |
| 292 | 5/8/2003 | Email from N. Reeves re: Conclusion version #2 revisions | | | |
| 293 | 5/29/2003 | Email from L. Stevens re: Imitrex and Wellbutrin; Lesley Frank | | | |
| 294 | 6/5/2003 | Email from L. Stevens re: Teleconference to discuss submissions in Wellbutrin matter | | | |
| 295 | 6/15/2003 | Email from S. Shade re: Gov't Statement of Interest in the Franklin case | | | |
| 296 | 10/1/2003 | Email from L. Stevens re: GSK qui tam plaintiff question; other discussion regarding plaintiff | | | |
| 297 | 10/3/2003 | Email from T. Thelen re: Management Change | | | |
| 298 | 10/17/2003 | Email from M. Brown re: Presentation to DDMAC | | | |
| 299 | 2/22/2002 | Email from C. Singer re: PRIDE program and Greg Thorpe | | | |

| | | | | | |
|---|---|---|---|---|---|
| 300 | 7/15/2002 | CNN.com article "study shows antidepressant may fight obesity" | | | |
| 309 | 5/1/2002 | Email from I. Acosta re: Rescheduling Fujioka's PRIDE programs | | | |
| 317 | 12/17/2002 | Email from S. Janning re: Wellbutrin Slide Review Follow Up | | | |
| 318 | 12/12/2002 | Letter from L. Stevens re: Wellbutrin SR (bupropion HCI) Sustained-Release Tablets Request for Presentation Materials Used at GSK-Sponsored Programs | | | |
| 327 | 3/9/1993 | Memo from R. Ingram re: Speakers Bureau | | | |
| 328 | 3/12/1993 | Email from M. Werner re: AMA Guidelines to Sales Reps | | | |
| 329 | 6/12/1998 | Email from A. Witty re: Speaker Training Inquiry | | | |
| 330 | 6/12/1998 | Email from R. Wolgemuth re: Speaker Training Inquiry | | | |
| 334 | 10/28/2002 | Project Plan with handwritte notes | | | |
| 335 | 10/31/2002 | Draft Project Plan | | | |
| 336 | 7/18/2001 | Letter from L. Morgan re: Obesity Point of View | | | |
| 339 | 11/11/2002 | Email from L. Stevens including final version of letters to sales reps and doctors requesting presentation material | | | |
| 340 | 10/1/2001 | Email from D. Childs re: Objective re: Speaker's Training for Wellbutrin SR | | | |
| 341 | 10/3/2001 | Press Release re: TAP Pharmaceutical products charged with health care crimes | | | |
| 342 | 11/9/2001 | GSK invite to "Weighing Your Choices for Antidepessant Selection" by Fujioka | | | |
| 343 | 9/15/2002 | Powerpoint re Lamictal investigation | | | |
| 344 | 9/24/2002 | GSK (US) Policy on GSK-Sponsored Speaker Programs | | | |
| 345 | 10/10/2002 | Email from C. Angelbeck re: Follow-Up Conf Call | | | |
| 346 | 11/18/2002 | Document w/ organizational chart of employees; brief handwritten note contained | | | |
| 347 | 12/23/2002 | Email from L. Stevens to S. Hull re: update on submitting FDA documents | | | |
| 348 | 1/15/2003 | File cover sheet - Modell | | | |

| | | | | | |
|---|---|---|---|---|---|
| 349 | 2/12/2003 | Letter from M. Brown to J. Anderson requesting review of draft of letter to FDA | | | |
| 350 | 4/15/2003 | Fax from N. Reeves re: Changes in information provided by Dr. Wolkowitz | | | |
| 351 | 6/4/2003 | Email from N. Reeves re: attachment Wellbutrin SR June draft of talking points | | | |
| 352 | 6/12/2003 | Email from L. Stevens re: incorporating Stan's changes in draft | | | |
| 353 | 6/15/2003 | US Statement of Interest in United States ex rel Franklin v. Parke-Davis | | | |
| 354 | 6/20/2003 | Press Release - AstraZeneca pleads guilty to healthcare crime | | | |
| 355 | 10/30/2002 | Email from L. Stevens attaching Merck pdf; Pharmacia doctor.pdf; Pharmacia.pdf | | | |
| 357 | 6/12/2010 | Letter Agreement with John Hetzel | | | |
| 359 | 3/2/2009 | Letter Agreement with Julie Lemieux | | | |
| 360 | 2/25/2009 | Agreement with Lemieux | | | |
| 361 | 12/17/2003 | Email from N. Reeves re: GSK remedial actions | | | |
| 365 | 10/24/2007 | Order re: James Millar | | | |
| 366 | 5/13/2008 | Agreement between USAO and Marlene May | | | |
| 368 | 11/7/2003 | Email from B. Judd re: Professional programs compliance review third quarter 2003 | | | |
| 369 | 12/31/2003 | Memo re: Speaker events - Top Fee Recipients | | | |
| 370 | 1/2003 | Memo re: Compliance Review Highlights - First Quarter 2003 | | | |
| 371 | 2/10/2003 | Email re: December 2002 Professional Programs Compliance Report – select pages | | | |
| 372 | 4/16/2001 | Memo re: Top 10 Speakers by Product | | | |
| 373 | 1/5/2004 | Email from G. Bean re: Transmittal of Top Ten Speakers by Product | | | |
| 374 | 6/2002 | Wellbutrin SR Prescribing Information - Product Label June 2002 (small print) | | | |
| 375 | 6/2002 | Wellbutrin SR Product Information - Product Label June 2002 report (large print) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 376 | 10/10/2002 | Email from T. Thelen re: FDA investigation into activities relating to Wellbutrin | | | |
| 377 | 12/16/2002 | Email from L. Stevens re: Teleconference with Dr. Clayton | | | |
| 378 | 11/12/2002 | Email from S. Shade re: Tentative Interview Schedule | | | |
| 379 | 12/4/2002 | Email from L. Stevens attaching Wall Street Journal article | | | |
| 380 | 10/31/2001 | S. Hull Slideshow on Wellbutrin SR | | | |
| 400 | 1/3/2003 | Spreadsheet:  SCS2001 Rev1 – 1-08-03.xls | | | |
| 401 | 2001 | Spreadsheet of GSK Pride Programs - 2001:  Rev. 1A of SCS 2002 | | | |
| 402 | 1/2002 | Spreadsheet of 2002 PRIDE Programs: SCS2002 – Orig Stats.xls | | | |
| 403 | 1/29/2003 | Spreadsheet of GSK PRIDE Programs - 2002:  SCS2002 Rev. 3 – 1/29/03 stats.xls | | | |
| 404 | 3/18/2003 | Memo re: Simplified Chart Addressing FDA Statements | | | |
| 406 | 11/4/2002 | Email from G. Romanowski re: Advisory Boards - Wellbutrin SR | | | |
| 407 | 10/27/2003 | Email from L. Stevens re: FW: Questions on PRIDE Utilization | | | |
| 408 | 1/20/2003 | Email from L. Hedgpeth re: SE Database compen 12 17 02.xls | | | |
| 409 | 10/2/2002 | Email from T. Schaffer re: James Pradko, MD Depression Slide deck | | | |
| 410 | 1/16/2003 | Email from L. Stevens re: FW:  re: Postponing call w/ FDA | | | |
| 411 | 10/7/2002 | Email from T. Schaffer re: Fw: Pradko xls | | | |
| 412 | 3/28/2003 | Email from L. Stevens re: FW: FW: SIB Information | | | |
| 412A | 1/11/2000 | Attachment to FW: FW: SIB Information: Tentative Schedule | | | |
| 413 | | North Carolina State Bar Rules – Selected Rules | | | |
| 415 | 11/26/2002 | Email from L. Esposito re: WEL Speaker Information | | | |
| 416 | 10/29/2002 | Email from L. Stevens re: Final Review of letter | | | |
| 417 | 12/2/2002 | Email from L. Stevens re: Draft Response to Owen Wolkowitz | | | |

| | | | | | |
|---|---|---|---|---|---|
| 418 | 10/26/2002 | SCS Reconcil Report of PRIDE Programs As of 10/26/01 (By Date) document and spreadsheet | | | |
| 419 | 4/13/2003 | Email from L. Stevens re: 41692_2_doc | | | |
| 420 | 1/29/2003 | Email from L. Stevens re: SCS-2001 w attendees orig 01 29 03.xls; SCS 2002 Rev3 - 01 29 03 Stats.xls | | | |
| 421 | 8/8/2003 | Email from M. Rodriguez re: Corporate Integrity Agreement with Government (attached) | | | |
| 422 | 4/9/2003 | Settlement Agreement and Release (USA and GSK) | | | |
| 423 | 4/16/2003 | Press Release - Bayer Corporation and GlaxoSmithKline to Pay $344 Million to Resolve Allegations of Health Care Fraud Against State Programs | | | |
| 424 | 9/2/2003 | Email from L. Stevens to T. Thelen, C. Grant, S. Shade, M. Brown, D. Snyder re: Aldo Davico & Wellbutrin Investigation | | | |
| 425 | 9/10/2003 | Email from L. Stevens to R. Arjun, J. Hetzel, J. Lemieux, M. Jensen, M. Brown, N. Reeves, S. Shade, D. Snyder re: Also Davico | | | |
| 426 | 9/10/2003 | Stevens Handwritten Notebook re: Topic Outline for GSK Wellbutrin SR Interviews | | | |
| 427 | 12/17/2002 | Email from S. Shade re: FW: Interview Outline | | | |
| 428 | 11/6/2002 | Email from S. Shade re: FW: Advisory Boards - Wellbutrin SR | | | |
| 429 | 5/9/2003 | MDM Teleconference Call General Questions with annotations | | | |
| 430 | 5/9/2003 | MDM Teleconference Call General Questions | | | |
| 431 | 11/7/2002 | Email from S. Shade re: FW: Wellbutrin SR Advisory Board Information for Region B8 | | | |
| 432 | | Master File James Pradko (1 redwell) | | | |
| 433 | | Master File Doctor Slides (2 boxes) | | | |
| 434 | | Lauren Stevens File (1 redwell) | | | |
| 435 | 11/4/2002 | Email from M. Schwartz re: SIB Information | | | |
| 436 | | Envelope of SIBS documents | | | |