Sheet 1 - Judgment of Acquittal (Rev. 12/98)

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

LAUREN STEVENS

**JUDGMENT OF ACQUITTAL**

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

Case Number: RWT 10-0694

MAY 1 3 2011

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The Court having granted the defendant's Motion for Judgment of Acquittal on May 10, 2011,

It is HEREBY ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_May 13, 2011_
Date

_____
Roger W. Titus
United States District Judge