Sheet 1 - Judgment of Acquittal (Rev. 12/98)

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

LAUREN STEVENS

**JUDGMENT OF ACQUITTAL**

Case Number: RWT 10-0694

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 1 3 2011

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The Court having granted the defendant's Motion for Judgment of Acquittal on May 10, 2011,

It is HEREBY ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

May 13, 2011
Date

Roger W. Titus
United States District Judge